UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERRION JASHAWN PATTERSON,

    Defendant.

_____/

Hon. Janet T. Neff

Case No.  1:21-cr-00162

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a two-count Indictment.   Count 1 charges him with assaulting a federal officer with a dangerous and deadly weapon, in violation of 18 U.S.C. § 111(a)(1) and (b) and count 2 charges defendant with discharge of a firearm during and in relation to a crime of violence, in violation 18 U.S.C. § 924(c)(1)(A)(iii).  Given the nature of the charges, there is a statutory rebuttable presumption in favor of detention.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1).  The Court conducted a hearing on September 15, 2021, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has failed to rebut the statutory presumption of detention as to danger to the community.  The Court also finds,

however, as explained on the record, that the government has met its burden by clear and convincing evidence that he poses a danger to the community. The Court further finds that there is no condition or combination of conditions that will ensure the safety of the community. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on September 15, 2021.

>  /s/ Phillip J. Green
> PHILLIP J. GREEN
> United States Magistrate Judge