UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERRION JASHAWN PATTERSON,

    Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:21-cr-00162

**REPORT AND RECOMMENDATION**

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on April 27, 2022, after receiving the written consent of defendant and all counsel. At the hearing, defendant Errion Jashawn Patterson entered a plea of guilty to Counts 1 and 2 of the Indictment in exchange for the undertakings made by the government in the written plea agreement. In Count 1 of the Indictment, defendant is charged with assault of a federal officer using a dangerous or deadly weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), and count 2 charges him with discharge of a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c).

On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in

the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

Accordingly, I recommend that defendant's plea of guilty to Counts 1 and 2 of the Indictment be accepted, that the court adjudicate defendant guilty. I make no recommendation regarding the written plea agreement, deferring entirely to the district judge. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Date: April 27, 2022                    /s/ Phillip J. Green
                                        PHILLIP J. GREEN
                                        United States Magistrate Judge

**NOTICE TO PARTIES**

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after service of this report and recommendation. See W.D. MICH. L.CR.R. 11.1(d).